# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | | |
|---|---|---|
| EDITH TEXADA | § § | |
| V. | § § | NO. 1:08-CV-182 |
| ALLSTATE TEXAS LLOYD'S | § § | |

## ORDER ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The court referred this matter to the Honorable Earl S. Hines, United States magistrate judge, for pretrial proceedings pursuant to a Referral Order filed on April 4, 2008. The court has received and considered the report of the United States magistrate judge, who recommends that the court grant the parties' agreed motion for dismissal and enter judgment pursuant to settlement.

The magistrate judge's report is hereby **ADOPTED**. The purpose of the referral having been served, it is further

**ORDERED** that the reference to the magistrate judge is **VACATED**.

**SIGNED** this the **22** day of **December, 2008.**

_____
Thad Heartfield
United States District Judge